ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No.  **6:10-bk-14456-MJ** |
| **KEVIN MATTHEW MCDANIEL** ) | |
| ) | **TRUSTEE'S REPORT** |
| ) | |
| **AMY LYNN MCDANIEL** ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$3,539.00** per month.

Spouse/other net income is **$2,000.00** per month.

Debtor's Budget shows **$660.00** disposable income.

Debtor proposed to pay **\*$660.00** per month into the Plan.

Estimated number of months to complete: **36** months.

This Plan will pay **0.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $660.00 PER MONTH FOR MONTHS 1-6, INCREASING TO $950.00 PER MONTH FOR MONTHS 7-36. INTERNAL REVENUE SERVICE TO BE PAID $36.05 PER MONTH FOR 36 MONTHS ON ITS PRIORITY DEBT OF $1,298.00. RIVERSIDE COUNTY TAX COLLECTOR TO BE PAID $$557.55 PER MONTH, 18% INTEREST FOR 36 MONTHS ON ITS SECURED CLAIM OF $15,422.24. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  May 18, 2010

_____
Rod Danielson, Chapter 13 Trustee